IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**VERNON RUBIDOUX,**

　　　　　　　　　Plaintiff,

　　v.

**J. MACOMBER, et al.,**

　　　　　　　　　Defendants.

Case No. 2:16-cv-01033 MCE DMC P

**ORDER**

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Joint Motion to Modify the Scheduling Order is GRANTED. The last day to file dispositive motions is now February 4, 2021.

Dated: October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE