# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON RUBIDOUX, | No. 2:16-CV-1033-MCE-DMC-P |
| Plaintiff, | |
| v. | |
| J. MACOMBER, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Vernon Rubidoux, a necessary and material witness in a settlement conference in this case on December 1, 2020, is confined in Napa State Hospital (DSH Napa), in the custody of the Executive Director. In order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient before Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on Tuesday, December 1, 2020 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the patient named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Napa State Hospital at (707) 254-2321 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Judy Streeter, Courtroom Deputy, at jstreeter@caed.uscourts.gov.

Dated: October 30, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director, DSH Napa, 2100 Napa Vallejo Highway, Napa, California 94558:**

**WE COMMAND** you to produce the patient named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

DATED: