IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNON RUBIDOUX,** <br><br> Plaintiff, <br><br> v. <br><br> **J. MACOMBER, et al.,** <br><br> Defendants. | Case No. 2:16-cv-01033 MCE DMC (PC) <br><br> **ORDER** |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Joint Motion for an extension of time to file the necessary settlement and dispositive documents is GRANTED. The last day to file the necessary settlement documents dismissing this matter is now January 30, 2021.

Dated:  December 29, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE