IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON REBIDOUX,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MACOMBER, et al.,<br><br>    Defendants. | No. 2:16-CV-1033-MCE-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2021, the parties filed stipulations for voluntary dismissal following a settlement reached and put on the record on December 1, 2020. See ECF Nos. 73 and 74.

        Now pending before the Court in this closed case is Plaintiff's request for settlement. See ECF No. 78. Plaintiff's request is denied as moot because the parties have already reached a settlement and stipulated to dismissal of this case. According to Defendants' response to Plaintiff's request, settlement funds were disbursed on July 16, 2021. See ECF No. 79.

///

///

///

1 | The Clerk of the Court is directed to terminate ECF No. 78 as a pending motion.

2 | IT IS SO ORDERED.

4 | Dated: March 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE